YETTA MEISNER, Appellant, v. HENRY A. CORNEIL, as Committee for the Estate of ROSE MEISNER, an Incompetent Person, Respondent.— Action to recover $2,487.26, being, with accrued interest, moneys alleged to have been deposited in a savings account by the plaintiff in the name of her sister, an incompetent. Judgment dismissing complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.